ISRAEL H. ALBERT, RESPONDENT, v. FORD MOTOR COMPANY, APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the respondent, *Gross & Gross*.

For the appellant, *McCarter & English*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance* — THE CHANCELLOR, LLOYD, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ.  10.

*For reversal*—TRENCHARD, J.  1.